# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CINDY MISSELT ,

    Plaintiff,

  v.

MIDELFORT CLINIC, LTD.-MAYO HEALTH SYSTEM and LUGHER HOSPITAL-MAYO HEALTH CLINIC,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-419-slc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____10/1/08_____
Date